COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No   01-09-01096-CV; *Richard Haynes v. Union Pacific Railroad Company*

On appeal from Trial Court Case No. 2006-40557, in the 189th District Court of Harris County, Texas.

On September 12, 2012, Union Pacific Railroad Company filed a motion for rehearing in this appeal. The Court requests a response to the motion. The response is **due Friday, October 5, 2012**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                     Acting individually

Date: September 21, 2012